KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

DEREK R. OWENS (CSBN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue; Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7183
    FAX: (415) 436-7234
    derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3-05-70927 |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT DATE AND WAIVING TIME |
| v. ) | |
| ALBERTO MEDEL VELAZQUEZ, ) | |
| Defendant. ) | SAN FRANCISCO VENUE |

    The parties request and stipulate that the date for the preliminary hearing or arraignment of defendant, Alberto Medel Velazquez, be continued from Wednesday, November 30, 2005, at 9:30 a.m., to Wednesday, December 7, 2005, at 9:30 a.m.  The parties also request and stipulate that, pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be tolled and waived from November 30, 2005, to and including December 7, 2005. The parties agree that –  taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension.  Defendant also

//

//

STIP. AND PROP. ORDER RE: PRELIM/ARRAIGNMENT;
3 -05-70927

agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161.

**IT IS SO STIPULATED**.

DATED:       November 29, 2005                    Respectfully submitted,

                                                  KEVIN V. RYAN
                                                  United States Attorney


                                                  By____/s/_____
                                                  DEREK R. OWENS
                                                  Special Assistant U.S. Attorney


DATED:       November 29, 2005                    _____/s/_____
                                                  MARC J. ZILVERSMIT
                                                  Attorney for Defendant Velazquez

**IT IS SO ORDERED.**

DATED:       November 30, 2005                    _____
                                                  EDWARD M. CHEN
                                                  United States Magistrate Judge

STIP. AND PROP. ORDER RE: PRELIM/ARRAIGNMENT;
3 -05-70927